Federal court of the eastern District of Missouri
St. Louis Division

David Chettieri
   Plaintiff

-against-                                    Index No. ____

Keefe group                          4:25-cv-01855 JSD
Bureau of prisons
Federal Medical Center Devens
B. Cinnatu
D. English
S. Gondaluz
Sarah Tianu
   Defendants                            Complaint

The plaintiff acting prose as for a verited complaint here respectfully alleges as follow:

1. The plaintiff Is forced to stay at Federal Medical Center Devens under false charge at P.O. Box 879, ayer Ma 01432.

2. The defendants Federal Medical Center Devens, B. Cinnatu, D. English and Gondaluz Is located at P.O. Box 879 ayer, Ma 01432.

3. The defendant Keefe group Is located at 10880 Lin Place, Saint Louis Mo 3132.

4. The defendant Bureau of prisons Is located at 400 First Street, N.W. 7th Floor Washington D.C. 20504.

5. The defendant Sarah Tianu Location Is unknown.

6. This complaint Is In regards to a media purchase that was done on April, 2025. The media was a music Item In which was titled confederate Flags

(Live) By Sarah Jurin. It Is In the album 44 (Live From the Comedy store main room)

7. The problem of the matter of the complaint Is that It was on the suggestion list to purchase In which as such had purchase Do to such. When puchase the plaintiff had to wait twenty-Four hours to Be aBle to Listen to such.

8. On March 27, 2025 B. Cinnutu, O. English, and S. Gondular had a meeting with the plaintiff In which was about Filing grievances. With that the plaintiff was threaten If continue to do such would Be transfer to possible a more dangerous Facility where could Be stabbed, which cant yell For help Because of a parazlyed vocal cord or limited on the grievences Filed.

9. The plaintiff has since then Been unlawful thrown In special Housing unit to were had cough up Blood and Been assaulted & were wrists had Bleed. The medical stuff had no concerned.

### as For a First cause of action
### Breach of contract

10. Since It was rightfully purchased there shouldn't have Been any delay In giving such product. as such had done a breach of contract.

### as For a second cause of action
### aBuse of process

11. The plaintiff Because of the threats made Is unaBle to do the administrive remedies In which such Be claim by the defendants under Title 42 United States code 1997(e)

### as For a third cause of action
### Breach of duty care

12. The defendants had a duty of care not to have any defects in the programing that is for the tablet in which the delay of such had Breach a duty of care.

as for a Fourth cause of action
Massachusetts General Law 12 11-I
Civil rights torts

13. By the threats made by the Defendants B. Cinnata and D. English had put the plaintiff in a great deal of fear that had obstructed the plaintiff's First amendment of Free speech, Fifth amendment Due process and First amendment access to the courts.

Wherefore the plaintiff demands Judyment as follow:

1. On the First cause of action, damages in the sum of $25,000 for Breach of contract.
2. On the second cause of action, damages in the sum of $50,000 for abuse of process
3. On the third cause of action, damages in the sum of $25,000 for Breach of Duty care.
4. On the Fourth cause of action, damages in the sum of $75,000 for Massachusetts General Law 12 11-I.
5. For all other, such, Just, equitable the courts may see fit and proper.

Thank you,
under penalty of perjury

David L. Lettier