**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DAVID C. LETTIERI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:25-cv-1855-JSD |
| | ) | |
| KEEFE GROUP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court upon review of the file. Plaintiff David C. Lettieri

commenced this civil action on December 17, 2025. ECF No. 1. On April 16, 2026, the Court

denied Plaintiff's request to proceed without prepaying costs or fees and ordered Plaintiff to pay

the filing fee in full. ECF No. 3. Plaintiff was given 21 days from the date of the Order to pay the

filing fee. *Id.* The Court cautioned Plaintiff that his failure to timely comply with the Order

would result in the dismissal of the case without further notice. *Id.*

To date, Plaintiff has neither responded to the Court's Order, nor sought additional time

to do so. Plaintiff was given meaningful notice of what was expected, he was cautioned that his

case would be dismissed if he failed to timely comply, and he was given ample time to comply.

The Court will therefore dismiss this action, without prejudice, due to Plaintiff's failure to

comply with the Court's April 16, 2026 Order and his failure to prosecute his case. *See* Fed. R.

Civ. P. 41(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (the authority of a

court to dismiss *sua sponte* for lack of prosecution is inherent power governed "by the control

necessarily vested in courts to manage their own affairs so as to achieve the orderly and

expeditious disposition of cases"); *Brown v. Frey*, 806 F.2d 801, 803 (8th Cir. 1986) (a district

court has the power to dismiss an action for the plaintiff's failure to comply with any court order).

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

An Order of Dismissal will accompany this Memorandum and Order.

Dated this 18th day of May, 2026.


_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

2